# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0014. IN THE INTEREST OF: S. O. C., A CHILD (MOTHER)**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 17, 2014*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*